| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Huvelle, Ellen S. | 2. Court or Organization US District Court for the District of Columbia | 3. Date of Report 07/29/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge - senior status | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2018 to 12/31/2018 |
| 7. Chambers or Office Address 333 Constitution Avenue NW Washington DC 20001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boston College Law School Board of Trustees |
| 2. | Board Member | Abramson Scholarship Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Senior Counsel in Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationstar (previously held by Bank of America) | Mortgage on Rental Property, Washington, DC (Part VII, Line 101) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Anheuser Busch Inbev SA SPON (BUD) | A | Dividend | K | T | | | | | |
| 2.  CSX Corp | A | Dividend | L | T | | | | | |
| 3.  First Data Corp | | None | J | T | | | | | |
| 4.  PIMCO All Asset | A | Dividend | | | Sold | 04/12/18 | L | D | |
| 5.  AQR Managed Futures Strategy I | | None | | | Sold | 11/28/18 | M | | |
| 6.  AQR Multi-Strategy Alternative I | | None | | | Buy | 11/28/18 | M | | |
| 7. | | None | | | Sold | 12/31/18 | M | B | |
| 8.  INVESCO Intl Growth | C | Dividend | L | T | | | | | |
| 9.  iShares Dj US Healthcare Shares | B | Dividend | L | T | | | | | |
| 10.  iShares MSCI EAFE Fund | D | Dividend | M | T | | | | | |
| 11.  iShares S&P Cap 600 Growth | A | Dividend | J | T | | | | | |
| 12.  Oracle Corp | A | Dividend | L | T | | | | | |
| 13.  PepsiCo Inc | A | Dividend | K | T | | | | | |
| 14.  Schlumberger | A | Dividend | J | T | | | | | |
| 15.  Schwab Government Money Fund | B | Dividend | M | T | | | | | |
| 16.  Schwab Tax Free Bond | D | Dividend | P1 | T | Buy | 04/12/18 | P1 | | |
| 17. | | | | | Sold | 06/21/18 | P1 | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 11/05/18 | P1 | | |
| 19. SPDRs S & P 500 Fd ETF | E | Dividend | P1 | T | Sold (part) | 10/03/18 | K | D | |
| 20. Vanguard Extended Market | A | Dividend | | | Sold | 04/12/18 | L | E | |
| 21. Vanguard High Dividend Yield | D | Dividend | N | T | | | | | |
| 22. Vanguard Interm-Term Tax-Exempt Adm | E | Dividend | N | T | Buy | 01/09/18 | K | | |
| 23. | | | | | Buy (add'l) | 06/21/18 | P1 | | |
| 24. | | | | | Sold | 04/12/18 | P1 | | |
| 25. | | | | | Sold (part) | 11/05/18 | P1 | | |
| 26. Vanguard FTSE Emerging Markets ETF | C | Dividend | M | T | | | | | |
| 27. Vanguard Short Term Invst-Grade Adm | C | Dividend | | | Sold | 08/15/18 | M | | |
| 28. Vanguard Short Term Treasury | B | Dividend | M | T | Buy | 08/16/18 | M | | |
| 29. Yum Brands | A | Dividend | K | T | | | | | |
| 30. DFA International Core Equity I | D | Dividend | M | T | | | | | |
| 31. Yum China Holdings | A | Dividend | J | T | | | | | |
| 32. Dell Technologies Inc. CL V | | None | J | T | | | | | |
| 33. IRA #2 Charles Schwab (H) | | | | | | | | | |
| 34. -Abbott Laboratories | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Arbitrage Fds Cl 1 | D | Dividend | N | T | Buy (add'l) | 01/19/18 | L | | |
| 36. -DoubleLine Core Fixed Income I | E | Dividend | N | T | Buy (add'l) | 01/09/18 | N | | |
| 37. | | | | | Buy (add'l) | 04/12/18 | K | | |
| 38. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 39. -SPDR S&P 500 Fd ETF | A | Dividend | | | Sold | 01/09/18 | M | E | |
| 40. -Schwab Government Securities | A | Dividend | J | T | | | | | |
| 41. -Templeton Income Global Bond adv | B | Dividend | L | T | Buy (add'l) | 10/03/18 | J | | |
| 42. -Under Armour | | None | K | T | | | | | |
| 43. -Vanguard FTSE Emerging Markets | A | Dividend | | | Sold | 03/29/18 | M | D | |
| 44. -Vanguard Short-Term Investment-Grade | D | Dividend | | | Sold | 08/15/18 | L | | |
| 45. -Vanguard Short-Term Treasury Adm | B | Dividend | L | T | Buy | 08/16/18 | L | | |
| 46. -DFA Emerging Markets Core Equity I | B | Dividend | M | T | Buy | 03/29/18 | M | | |
| 47. -DFA International Core Equity I | C | Dividend | M | T | | | | | |
| 48. -Vanguard Total Bond Market | D | Dividend | | | Sold (part) | 01/09/18 | K | | |
| 49. | | | | | Sold (part) | 01/09/18 | K | | |
| 50. | | | | | Sold (part) | 01/09/18 | L | | |
| 51. | | | | | Sold (part) | 01/09/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/09/18 | K | | |
| 53. | | | | | Sold (part) | 01/09/18 | K | | |
| 54. | | | | | Sold (part) | 01/09/18 | J | | |
| 55. -DFA US Large Cap Value | A | Dividend | | | Sold (part) | 04/12/18 | K | | |
| 56. -Vanguard FTSE Developed Markets ETF | B | Dividend | | | Sold | 04/12/18 | L | | |
| 57. -PIMCO All Asset | E | Dividend | M | T | | | | | |
| 58. Allianz NFJ Div. Value C | A | Dividend | | | Sold | 04/12/18 | L | E | |
| 59. AQR Multi-Strategy Alternative | | None | | | Sold | 12/31/18 | L | A | |
| 60. ExxonMobil | C | Dividend | L | T | | | | | |
| 61. Facebook Inc | | None | K | T | | | | | |
| 62. General Electric | B | Dividend | | | Sold | 12/21/18 | K | | |
| 63. IBM | A | Dividend | J | T | | | | | |
| 64. INVESCO Diversified Dividend | B | Dividend | L | T | | | | | |
| 65. iShares Core MSCI | C | Dividend | M | T | Buy | 12/11/18 | M | | |
| 66. iShares MSCI EAFE | D | Dividend | M | T | | | | | |
| 67. iShares Morningstar Large Value (formerly iShares TR Large Value) | C | Dividend | M | T | | | | | |
| 68. iShares Morningstar Mid Value (formerly iShares TR Mid Value) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares S&P 500 Growth | B | Dividend | L | T | | | | | |
| 70. iShares S&P 600 Growth | A | Dividend | L | T | | | | | |
| 71. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 72. Schwab Government Money Fund | A | Dividend | K | T | | | | | |
| 73. Schwab Tax Free Bond | | None | P1 | T | Buy | 04/12/18 | P1 | | |
| 74. | | | | | Sold (part) | 06/21/18 | P1 | A | |
| 75. | | | | | Buy | 11/05/18 | P1 | | |
| 76. SPDRs S&P 500Fd ETF | E | Dividend | O | T | | | | | |
| 77. Vanguard High Dividend Yield | D | Dividend | M | T | Sold (part) | 04/12/18 | M | E | |
| 78. Vanguard Inter-Term Tax-Exempt Adm | | None | | | Buy (add'l) | 01/09/18 | M | | |
| 79. | | | | | Buy (add'l) | 06/21/18 | P1 | | |
| 80. | | | | | Sold (part) | 04/06/18 | L | | |
| 81. | | | | | Sold | 04/12/18 | P1 | | |
| 82. | | | | | Sold | 11/5/18 | P1 | | |
| 83. Vanguard FTSE Emerging Markets ETF | D | Dividend | M | T | Buy (add'l) | 08/28/18 | J | | |
| 84. Vanguard Short-Term Investment Grade Adm | C | Dividend | | | Sold | 08/15/18 | M | | |
| 85. DFA International Core Equity I | D | Dividend | N | T | Buy (add'l) | 12/31/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Amgen Inc. | B | Dividend | K | T | | | | | |
| 87. Doubleline Core Fixed Income 1 | C | Dividend | M | T | | | | | |
| 88. Vanguard Extended Market Index | B | Dividend | M | T | | | | | |
| 89. Arbitrage Fds Cl I | | None | | | Sold | 04/12/18 | L | | |
| 90. Matthews Asian Growth & Income | B | Dividend | | | Sold | 12/11/18 | M | B | |
| 91. PIMCO All Asset | B | Dividend | K | T | | | | | |
| 92. AQR Managed Futures Strategy 1 | | None | | | Sold | 11/28/18 | L | | |
| 93. Vanguard Short Term Treasury Adm | B | Dividend | M | T | | | | | |
| 94. AQR Multi-Strategy Alternative 1 | | None | | | Buy | 11/28/18 | L | | |
| 95. | | | | | Sold | 12/31/18 | J | | |
| 96. IRA #1 (H) | | | | | | | | | |
| 97. -Vanguard Total Bond Market | A | Dividend | | | Sold | 07/25/18 | L | | |
| 98. -Schwab Government Securities | A | Dividend | J | T | | | | | |
| 99. -DFA U.S. Large Cap Value | B | Dividend | M | T | | | | | |
| 100. -DoubleLine Core Fixed Income 1 | B | Dividend | L | T | Buy | 07/25/18 | L | | |
| 101. Rental Property, Washington, DC | E | Rent | N | S | | | | | |
| 102. Retirement Account (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Lazard Emerging Mkts | B | Dividend | M | T | | | | | |
| 104. -Metropolitan West Total Return | C | Interest | M | T | | | | | |
| 105. Retirement Account-IRA #3 (H) | | | | | | | | | |
| 106. -Arbitrage Fds Cl I | C | Dividend | O | T | | | | | |
| 107. -DoubleLine Core Fixed Income I | E | Dividend | O | T | Buy (add'l) | 07/25/18 | N | | |
| 108. | | | | | Buy (add'l) | 11/05/18 | K | | |
| 109. | | | | | Sold (part) | 12/31/18 | N | | |
| 110. -Matthews Asian Growth & Income Instl | B | Dividend | K | T | | | | | |
| 111. -Schwab Government Securities | A | Dividend | J | T | | | | | |
| 112. -Templeton Income Global Bond Advisor | C | Dividend | N | T | | | | | |
| 113. -Vanguard Short Term Bond Investment-Grade Adm | B | Dividend | | | Sold | 08/15/18 | N | | |
| 114. -Vanguard Short Term Treasury Adm | A | Dividend | N | T | Buy | 08/16/18 | N | | |
| 115. -Vanguard Total Bond Market | C | Dividend | N | T | Buy | 06/21/18 | K | | |
| 116. | | | | | Sold (part) | 07/25/18 | N | | |
| 117. -DFA International Core Equity I | | None | M | T | Sold (part) | 04/12/18 | M | E | |
| 118. -PIMCO All Asset | | None | O | T | | | | | |
| 119. -AQR Equity Market Neutral I | C | Dividend | O | T | Sold (part) | 04/12/18 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   -AQR Managed Futures Strategy I | | None | O | T | Buy | 12/31/18 | N | | |
| 121.   -DFA Emerging Mkts Core Equity I | B | Dividend | L | T | | | | | |
| 122.   Variable Annuity Account (H) | | | | | | | | | |
| 123.   -DFA VA International Value | | None | K | T | Buy | 01/04/18 | K | | |
| 124. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 125. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 126. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 127.   -DFA VA US Large Value | | None | K | T | Buy | 01/04/18 | K | | |
| 128. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 129. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 130. | | | | | Sold (part) | 03/26/18 | J | | |
| 131.   -INVESCO VA Government Money Market | | None | | | Buy | 01/03/18 | N | | |
| 132. | | | | | Sold | 01/04/18 | N | A | |
| 133.   -Vanguard VA Total Stock Mkt Index | | None | L | T | Buy | 01/04/18 | L | | |
| 134. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 135. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 136. | | | | | Sold (part) | 03/26/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard VA International | | None | K | T | Buy | 01/04/18 | J | | |
| 138. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 139. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 140. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 141. -Vanguard Short Term Invest Grade | | None | K | T | Buy | 01/04/18 | K | | |
| 142. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 143. | | | | | Sold (part) | 03/26/18 | J | | |
| 144. | | | | | Sold (part) | 12/28/18 | J | | |
| 145. -Vanguard VA Total Bond Mkt Index | | None | M | T | Buy | 01/04/18 | M | | |
| 146. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 147. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 148. | | | | | Sold (part) | 12/28/18 | J | | |
| 149. 529 Account (H) | | | | | | | | | |
| 150. -AF-Capital Income Builder | A | Dividend | J | T | | | | | |
| 151. -AMCAP Fund 529F | A | Dividend | J | T | | | | | |
| 152. -American High Income Tr | A | Dividend | J | T | | | | | |
| 153. -Euro Pacific Growth Fund 529F | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Fundamental Investors 529F | A | Dividend | K | T | | | | | |
| 155.  -Bond Fund of America 529F | A | Dividend | J | T | | | | | |
| 156.  -Capital World Bond Fd 529-F | A | Dividend | J | T | | | | | |
| 157.  -Small Cap World Fund 529F | | None | J | T | | | | | |
| 158.  -Capital World Growth & Inc. | A | Dividend | J | T | | | | | |
| 159.  529 Account (H) #2 | | | | | | | | | |
| 160.  -Bond Fund of America 529F | A | Dividend | J | T | | | | | |
| 161.  -Fundamental Investors 529F | A | Dividend | K | T | | | | | |
| 162.  -Capital World Bond Fd 529-F | A | Dividend | J | T | | | | | |
| 163.  -Small Cap World Fund 529F | | None | J | T | | | | | |
| 164.  -Capital World Growth & Inc | A | Dividend | J | T | | | | | |
| 165.  529 Account (H) #3 | | | | | | | | | |
| 166.  -Bond Fund of America 529F | A | Dividend | J | T | | | | | |
| 167.  -Fundamental Investors 529F | A | Dividend | J | T | | | | | |
| 168.  -Euro Pacific Growth Fund 529F | A | Dividend | J | T | | | | | |
| 169.  Short Term Income Pool | | None | L | T | | | | | |
| 170.  Autumn Smile Broadway LLC | E | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Autumn Smile US Tour LLC | D | Distribution | K | U | | | | | |
| 172.  Mr. Sheffield LLC | | None | K | U | | | | | |
| 173.  Sharlee M Segal Irrev Trust | A | Int./Div. | | | Closed | 12/31/18 | J | | |
| 174.  Robert M Segal Family Trust | D | Int./Div. | | | Closed | 12/31/18 | J | | |
| 175. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 07/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assessed value of the Rental Property reported on line 101, Part VII, is $474,100.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ellen S. Huvelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544